**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| CITY OF HOLLYWOOD POLICE OFFICERS' RETIREMENT SYSTEM, individually and on behalf of all other similarly situated shareholders of EXXON MOBIL CORPORATION,<br><br>Plaintiff,<br>v.<br><br>DARREN W. WOODS, MICHAEL J. ANGELAKIS, ANGELA F. BRALY, MARIA S. DREYFUS, JOHN D. HARRIS II, KAISA H. HIETALA, JOSEPH L. HOOLEY, STEVEN A. KANDARIAN, ALEXANDER A. KARSNER, LAWRENCE W. KELLNER, DINA POWELL MCCORMICK, JEFFREY W. UBBEN, AND EXXON MOBIL CORPORATION,<br><br>Defendants. | Civil Action No. 4:26−cv−07089<br><br>Judge Charles Eskridge<br><br><u>CLASS ACTION</u> |

**<u>NOTICE OF APPEARANCE</u>**

John S. "Jack" Edwards, Jr. of Ajamie LLP hereby enters his appearance as counsel for Plaintiff City of Hollywood Police Officers' Retirement System, and requests service of all notices, pleadings, and other matters. Mr. Edwards is admitted to the bar of this Court.

DATED: September 24, 2026

Respectfully submitted,

*/s/ John S. "Jack" Edwards, Jr.*

**AJAMIE LLP**
Thomas R. Ajamie
Texas Bar No. 00952400
S.D. Tex. No. 6165
John S. "Jack" Edwards, Jr.
Texas Bar No. 24040851
S.D. Tex. No. 38095
Pennzoil Place – South Tower
711 Louisiana, Suite 1600
Houston, TX 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699
tajamie@ajamie.com
jedwards@ajamie.com

Michael J. Barry (*pro hac vice forthcoming*)
William G. Passannante II (*pro hac vice forthcoming*)
Edward M. Lilly (*pro hac vice forthcoming*)
**GRANT & EISENHOFER**
123 Justison Street, Suite 700
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
mbarry@gelaw.com
wpassannante@gelaw.com
elilly@gelaw.com

*Counsel for Plaintiff City of Hollywood Police Officers' Retirement System*

**CERTIFICATE OF SERVICE**

I certify that on September 24, 2026, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*/s/ John S. "Jack" Edwards, Jr.*
John S. "Jack" Edwards, Jr.