**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| CITY OF HOLLYWOOD POLICE OFFICERS' RETIREMENT SYSTEM, individually and on behalf of all other similarly situated shareholders of EXXON MOBIL CORPORATION,<br><br>Plaintiff,<br>v.<br><br>DARREN W. WOODS, MICHAEL J. ANGELAKIS, ANGELA F. BRALY, MARIA S. DREYFUS, JOHN D. HARRIS II, KAISA H. HIETALA, JOSEPH L. HOOLEY, STEVEN A. KANDARIAN, ALEXANDER A. KARSNER, LAWRENCE W. KELLNER, DINA POWELL MCCORMICK, JEFFREY W. UBBEN, AND EXXON MOBIL CORPORATION,<br><br>Defendants. | Civil Action No. 4:26−cv−07089<br><br>Judge Charles Eskridge<br><br><u>CLASS ACTION</u> |

**PLAINTIFF CITY OF HOLLYWOOD POLICE OFFICERS' RETIREMENT SYSTEM'S <u>CERTIFICATE OF FINANCIALLY INTERESTED PARTIES</u>**

Plaintiff City of Hollywood Police Officers' Retirement System ("Plaintiff") certifies the following to be all persons, associations, firms, partnerships, corporations, affiliates, corporations, or other legal entities known to it to be financially interested in the outcome of this case. Any publicly traded entities are underlined below.

1. City of Hollywood Police Officers' Retirement System, Plaintiff;

2. All other Exxon shareholders who held Exxon shares during the Class Period, excluding Defendants and the Court or any employees of the Court, between not later than September 15, 2025 (or such earlier date that disclosure or solicitation concerning the Exxon Retail Voting Program

was made) and continuing until Exxon takes appropriate corrective action and terminates the Retail Voting Program (the "Class Period"), Putative Class Members;

3. Exxon Mobil Corporation, Defendant;

4. Darren W. Woods, Defendant;

5. Michael J. Angelakis, Defendant;

6. Angela F. Braly, Defendant;

7. Maria S. Dreyfus, Defendant;

8. John D. Harris II, Defendant;

9. Kaisa H. Hietala, Defendant;

10. Joseph L. Hooley, Defendant;

11. Steven A. Kandarian, Defendant;

12. Alexander A. Karsner, Defendant;

13. Lawrence W. Kellner, Defendant;

14. Dina Powell McCormick, Defendant;

15. Jeffrey W. Ubben, Defendant;

16. Grant & Eisenhofer P.A., counsel for Plaintiff City of Hollywood Police Officers' Retirement System;

17. Ajamie LLP, counsel for Plaintiff City of Hollywood Police Officers' Retirement System;

18. Davis Polk & Wardwell LLP, counsel for Defendants;

19. Gibson, Dunn & Crutcher LLP, counsel for Defendants, and

20. Archer & Greiner, PC, counsel for Defendants.

DATED: September 24, 2026

Respectfully submitted,

*/s/ John S. "Jack" Edwards, Jr.*
**AJAMIE LLP**
Thomas R. Ajamie
Texas Bar No. 00952400
S.D. Tex. No. 6165
John S. "Jack" Edwards, Jr.
Texas Bar No. 24040851
S.D. Tex. No. 38095
Pennzoil Place – South Tower
711 Louisiana, Suite 1600
Houston, TX 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699
tajamie@ajamie.com
jedwards@ajamie.com

Michael J. Barry (*pro hac vice forthcoming*)
William G. Passannante II (*pro hac vice forthcoming*)
Edward M. Lilly (*pro hac vice forthcoming*)
**GRANT & EISENHOFER**
123 Justison Street, Suite 700
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
mbarry@gelaw.com
wpassannante@gelaw.com
elilly@gelaw.com

*Counsel for Plaintiff City of Hollywood Police Officers' Retirement System*

## CERTIFICATE OF SERVICE

I certify that on September 24, 2026, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*/s/ John S. "Jack" Edwards, Jr.*
John S. "Jack" Edwards, Jr.