United States District Court
Southern District of Texas
**ENTERED**
September 25, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CITY OF HOLLYWOOD POLICE OFFICERS' RETIREMENT SYSTEM, INDIVIDUALLY AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED SHAREHOLDERS OF EXXON MOBIL CORPORATION, *Plaintiffs*, | § | |
| v. | § | CIVIL ACTION NO. 4:26-CV-07089 |
| DARREN W. WOODS, ET AL., *Defendants*. | § | |

# ORDER

Before the Court is the Motion to Withdraw as Counsel of Christopher Seeger, David Buchanan, and Caleb Seely of Seeger Weiss LLP.[1] ECF 68. It is

ORDERED that the Motion to Withdraw (ECF 68) is GRANTED. The Clerk will terminate Christopher Seeger, David Buchanon, and Caleb Seely as counsel of record for Plaintiffs in this case.

Plaintiffs continue to be represented in this case by Michael J. Barry and Edward M. Lilly of Grant & Eisenhofer, PA.

Signed on September 25, 2026, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72. ECF 69.