United States District Court
Southern District of Texas
**ENTERED**
September 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:26-cv-07089 |
|---|---|---|---|
| City of Hollywood Police Officers' Retirement System | | | |
| *versus* | | | |
| Darren W. Woods, et al. | | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Michael J. Barry<br>GRANT & EISENHOFER, P.A.<br>123 Justison Street, Suite 700<br>Wilmington, DE 19801<br>Tel.: (302) 622-7000; Email: mbarry@gelaw.com<br>DE #4368; PA #69122; NJ #041551993<br>1st Circ. #1029221; 2nd Circ. #05-176559; 3rd Circ. #69122; 5th Circ.; 9th Circ.;<br>D.C. Circ.; D. Del.; E.D. PA; M.D. PA; D. NJ; D. Col. #856294; D. Conn. 24174; |

| | |
|---|---|
| Name of party applicant seeks to appear for: | City of Hollywood Police Officers' Retirement System |

Has applicant been sanctioned by any bar association or court? Yes __ __ No __✔__

On a separate sheet for each sanction, please supply the full particulars.

| | |
|---|---|
| Dated: 9/23/2026 | Signed: [signature] |

| | |
|---|---|
| The state bar reports that the applicant's status is: Active | |
| Dated: 9/30/2026 | Clerk's signature s/ Melissa Morgan |

**Order**

**This lawyer is admitted *pro hac vice*.**

Signed on September 30, 2026, at Houston, Texas.

[signature]
Christina A. Bryan
United States Magistrate Judge