United States District Court
Southern District of Texas
**ENTERED**
September 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:26-cv-07089 |
|---|---|---|---|
| City of Hollywood Police Officers' Retirement System | | | |
| *versus* | | | |
| Darren W. Woods, et al. | | | |

| | |
|---|---|
| Lawyer's Name | Edward M. Lilly |
| Firm | GRANT & EISENHOFER, P.A. |
| Street | 123 Justison Street, Suite 700 |
| City & Zip Code | Wilmington, DE 19801 |
| Telephone & Email | Tel.: (302) 622-7000; Email: elilly@gelaw.com |
| Licensed: State & Number | DE #3967; IN #19834-20 |
| Federal Bar & Number | D. Del.; N.D. Ind.; S.D. Ind.; |

| | |
|---|---|
| Name of party applicant seeks to appear for: | City of Hollywood Police Officers' Retirement System |

Has applicant been sanctioned by any bar association or court? Yes ______ No ✔

On a separate sheet for each sanction, please supply the full particulars.

| | |
|---|---|
| Dated: 9/23/2026 | Signed: [signature] |

| | |
|---|---|
| The state bar reports that the applicant's status is: Active | |
| Dated: 9/30/2026 | Clerk's signature s/ Melissa Morgan |

## Order

**This lawyer is admitted *pro hac vice*.**

Signed on September 30, 2026, at Houston, Texas.

[signature]
Christina A. Bryan
United States Magistrate Judge