UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Select the Division | Case Number | 4:26-cv-07089 |
|---|---|---|---|
| City of Hollywood Police Officers' Retirement System, individually and on behalf of all other similarly situated shareholders of Exxon Mobil Corporation | | | |
| *versus* | | | |
| Darren W. Woods, et al. | | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Kevin E. Sette<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue, New York, NY 10017<br>212.450.4191 \| kevin.sette@davispolk.com<br>Admissions: State of New York (5961503) |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Defendants Darren W. Woods et al. |

Has applicant been sanctioned by any bar association or court? Yes ______ No ✓

On a separate sheet for each sanction, please supply the full particulars.

| | |
|---|---|
| Dated: 9/28/26 | Signed: [signature] |

| | |
|---|---|
| The state bar reports that the applicant's status is: | |
| Dated: | Clerk's signature |

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: ____________________

______________________________
United States District Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| CITY OF HOLLYWOOD POLICE OFFICERS' RETIREMENT SYSTEM, individually and on behalf of all other similarly situated shareholders of EXXON MOBIL CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>DARREN W. WOODS; MICHAEL J. ANGELAKIS; ANGELA F. BRALY; MARIA S. DREYFUS; JOHN D. HARRIS II; KAISA H. HIETALA; JOSEPH L. HOOLEY; STEVEN A. KANDARIAN; ALEXANDER A. KARSNER; LAWRENCE W. KELLNER; DINA POWELL MCCORMICK; JEFFREY W. UBBEN; and EXXON MOBIL CORPORATION,<br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § | Case No. 4:26-cv-07086 |

**CERTIFICATION**

Pursuant to Section 7(f) of this Court's procedures, in connection with my application to appear *pro hac vice* on behalf of Defendants Darren W. Woods, Michael J. Angelakis, Angela F. Braly, Maria S. Dreyfus, John D. Harris II, Kaisa H. Hietala, Joseph L. Hooley, Steven A. Kandarian, Alexander A. Karsner, Lawrence W. Kellner, Dina Powell McCormick, Jeffrey W. Ubben (together, the "Director

Defendants"), and Exxon Mobil Corporation ("ExxonMobil" and together with the Director Defendants, "Defendants"), I hereby certify that I have reviewed and am familiar with the Southern District of Texas Local Rules and this Court's procedures.

Dated: September 22, 2026

Respectfully submitted,

*/s/ Kevin E. Sette*

Kevin E. Sette
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Phone: (212) 450-4000
Fax: (212) 701-5800
kevin.sette@davispolk.com