United States District Court
Southern District of Texas
**ENTERED**
October 21, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Select the Division | Case Number | 4:26-cv-07089 |
|---|---|---|---|
| City of Hollywood Police Officers' Retirement System, individually and on behalf of all other similarly situated shareholders of Exxon Mobil Corporation | | | |
| *versus* | | | |
| Darren W. Woods, et al. | | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Kevin E. Sette<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue, New York, NY 10017<br>212.450.4191 \| kevin.sette@davispolk.com<br>Admissions: State of New York (5961503) |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Defendants Darren W. Woods et al. |

Has applicant been sanctioned by any bar association or court? Yes ______ No ✓

On a separate sheet for each sanction, please supply the full particulars.

| | |
|---|---|
| Dated: 9/28/26 | Signed: [signature] |

| | |
|---|---|
| The state bar reports that the applicant's status is: Active | |
| Dated: 10/21/2026 | Clerk's signature s/ Melissa Morgan |

**Order**

**This lawyer is admitted *pro hac vice*.**

Signed on October 21, 2026, at Houston, Texas.

[signature]
Christina A. Bryan
United States Magistrate Judge